Dear Judge Davis,

Thank you first for taking the time to read letters from families of the indiviuals in front of you! My name is Camper Lainez and I am the father of Nicolas Lainez. He is my first born son, from a separate relationship from my current wife. I love all my kids equally, all 4! My job at the moment is an Occupational Therapist. I work with kids from all ages, mostly kids with disabilities. I do my best to be a friend to each one of my patients. But being a friend to your own child, instead of a parent, can have some consequences. Nicolas was unfortunate to not have the access of having both parents together since he was 1 years old. I had both parents and that has helped me become the person I am today! Since he and his older sister, Isabella Lainez, were little, my family felt bad for them and were

given things even when they didn't deserve it. The good thing is that I always tried my best to be there for both of them!

Nicolas has always been a kind and caring person. I would take him with me to see an older patient of mines on the weekends to help me and he loved going and playing with my patient! He never saw them as less than him, in fact, he became good friends with him until he moved to Hawaii. He loves all his siblings equally. My other son and daughter love him and miss him. We haven't seen him for 4 years now! And they ask about him all the time and unfortunately I can't tell them the truth, yet! I don't want to put that image of him in their heads. They still see him as that caring, silly, and funny older brother. It hurts me so much for what is happening, I am hurt and dissapointed

in the action that he is before you! I have forgiven him and will always support him in any way I can. We speak atleast 3-4 times a week and I place money into his account!

I know he is not that person that you see in front of you! We are not our actions, but we do have to face consequences for our actions and I accept that. I hope he can get the treatment he deserves.

At the moment, he only has me on his side. His mother is having trouble forgiving him and has barely spoken to him. That relationship has deteorated since they moved to Hawaii. He was left to fend for himself because his mother married again and had more children. So that his problems didn't affect her marriage, she didn't help him grow and kicked him out of her house! She has left him and his older sister with me and her ex husband for 8 months, while

she worked on herself when they were little. Nicolas never really had an actual home. He would move yearly to different locations. Never had the chance to make friends or even enjoy school. My home was his only constant home. He would come over every other weekend and we would go to so many different places! I love my son, but I feel like I failed him. I should of fought for him to stay in Miami with me. But we can't look back, so I can't wait for the day I can see him! It hurts knowing he did what he did, but I promise, he isn't that person, it was a choice that he regrets and wishes he can take back. We cry together when we speak and he tells me how sorry he is for his actions. His goals while there will be to finish school and get the help he needs.

Sincerely,

Camper Lainez
(305) 300 7833